**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jairo Alzate Elejalde,<br><br>Petitioner<br>v.<br><br>Todd Blanche, et al.,<br><br>Respondents | Case No.: 2:26-cv-02519-JAD-EJY<br><br>**Order Granting Petitioner's Motion to Dismiss and Closing Case**<br><br>[ECF No. 23] |

Petitioner Jairo Alzate Elejalde filed a pro se petition for a writ of habeas corpus in August 2026.[1] Elejalde now moves to dismiss his case because he was lawfully removed to Spain on October 8, 2026.[2] Because Elejalde's removal renders moot the claims in his petition, I grant his motion and close this case.

IT IS THEREFORE ORDERED that Jairo Alzate Elejalde's motion to dismiss **[ECF No. 23] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
November 10, 2026

[1] ECF Nos. 1-1, 4.

[2] ECF No. 23; *see also* ECF No. 22 (respondents' notice confirming removal).